TROUTMAN PEPPER LOCKE LLP
Daniel A. Solitro (SBN: 243908)
daniel.solitro@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel. 213-928-9800

Attorneys for Plaintiff GRANDE COSMETICS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

GRANDE COSMETICS, LLC,

               Plaintiff,

vs.

HDMA, INC. d/b/a FORCHICS,

               Defendant.

Case No. 2:26-cv-02522

**COMPLAINT FOR:**

**(1) False Advertising in Violation of Section 43(a) of Lanham Act (15 U.S.C. § 1125(a))**
**(2) Violation of False Advertising Law (Cal. Bus. & Prof. Code §§ 17500, *et. seq.*)**
**(3) Violation of Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et. seq.*)**
**(4) Trade Libel**
**(5) Defamation**

**DEMAND FOR JURY TRIAL**

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Plaintiff Grande Cosmetics, LLC ("Plaintiff" or "Grande"), for its Complaint ("Complaint") against defendant HDMA, Inc d/b/a ForChics ("Defendant" or "ForChics"), alleges as follows:

## NATURE OF ACTION

1.     This is a civil action arising under the laws of the United States and California for false advertising, unfair competition, defamation, and trade libel seeking monetary damages and injunctive relief.

2.     Grande and ForChics are competing beauty brands that sell cosmetics, including lash enhancing serums, on various online platforms including their own webpages and e-commerce platforms such as Amazon, Tik Tok Shop and Google.

3.     Grande extensively tests its products, completing 11 safety studies of the formula used for GrandeLASH-MD Lash Enhancing Serum ("GrandeLASH-MD") including a comprehensive toxicological risk assessment, multiple clinical safety studies, and two ophthalmological evaluations for safety and irritation. Grande's testing supports the efficacy and safety claims made relating to its products.

4.     ForChics, on the other hand, conducts no testing of its lash serum or other products. Instead, it merely copies—almost word for word—the summary of Grande's studies on GrandeLASH-MD despite the products having different formulas made up of different ingredients.  ForChics knows the studies conducted on GrandeLASH-MD are completely irrelevant to its own products, but uses the study results in an attempt to deceive consumers about the safety and efficacy of its own products.

5.     Not satisfied with making false and misleading claims about its own products, ForChics takes it one step further by making false claims about GrandeLASH-MD, claiming it is not safe or effective for consumers.  ForChics launched a concerted campaign to tarnish the reputation of Grande through paid social

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

media influencers and AI-generated "slop" flooding social media and other platforms with these false claims about GrandeLASH-MD.

6.     The unlawful, unfair and fraudulent conduct by ForChics is harming Grande's reputation, causing Grande to lose sales, and deceiving consumers. ForChics' unscrupulous business conduct must be stopped.

## PARTIES

7.     Plaintiff Grande Cosmetics, LLC is a Delaware limited liability company organized and existing under the laws of the State of New York with its principal place of business in Valhalla, New York.

8.     Defendant HDMA, Inc. d/b/a ForChics is a corporation organized and existing under the laws of Wyoming with its principal place of business in Los Angeles, California.

9.     Grande and ForChics are both cosmetic companies that sell eyelash serums, eyebrow serums, mascara, and other beauty products. ForChics is a direct competitor of Grande.

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 because the Complaint asserts claims under the laws of the United States—violation of the Lanham Act, Title 15, 15 U.S.C. § 1125.

11.     The Court has supplemental jurisdiction over Grande's claims arising under California state law pursuant to 28 U.S.C. § 1367 because those claims are so related to Grande's federal claim that they form part of the same case or controversy and derive from a common nucleus of operative facts.

12.     The Court has personal jurisdiction over Defendant because Defendant has purposefully availed itself of the privileges of conducting business in the State of California and this judicial district, including at all times maintaining its principal place of business in Los Angeles, California and, thus, is subject to jurisdiction within this judicial district.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

13.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because, inter alia, (i) Defendant is subject to personal jurisdiction in this civil action in this District; and (ii) a substantial portion of the acts and omissions giving rise to Plaintiff's claims occurred, and continue to occur, in this District.

14.     This case is properly assigned to the Western Division pursuant to Civil L.R. 3-2(c) and (e) because a substantial portion of the events and omissions giving rise to claims in this Complaint occurred in Los Angeles County.

## FACTUAL ALLEGATIONS

### A. Grande is a Trusted Leader in the Beauty and Cosmetics Industry

15.     Grande is a beauty brand selling award-winning cosmetics and other beauty products.  Over the past 18 years, Grande has grown from selling a sole product to a renowned brand offering over 40 cruelty-free products, including enhancing serums for lashes, brows, and hair.

16.     Grande's line of beauty products includes GrandeLASH-MD, an award-winning lash enhancing serum infused with a blend of vitamins, peptides, and amino acids to promote the appearance of naturally longer, thicker looking lashes. GrandeBROW Brow Enhancing Serum helps revitalize brows to be fuller and thicker in appearance.  Grande's product line also includes hair serums, mascara, and lip plumpers, among other products.

17.     Grande's products are sold directly through its website (grandecosmetics.com), at in-store retailers (including Ulta Beauty, Macy's and Sephora), as well as on e-commerce platforms (including Amazon, Tik Tok Shop, Google, and Facebook).

18.     Grande is committed to upholding the highest safety, quality, and performance standards for its products.  Grande expends considerable time and resources testing its products for safety, efficacy, and compliance with any government regulations, including the rigorous Modernization of Cosmetics Regulation Act (MoCRA) safety standards.  Grande's commitment to quality and

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

safety has garnered substantial goodwill and a distinguished reputation in the cosmetics industry and with consumers.

19.    Grande's collection of cosmetic products, including GrandeLASH-MD, has been extensively tested by third-party facilities.

20.    Grande's safety testing of the formula used for GrandeLASH-MD comprises of 11 safety studies, including a comprehensive toxicological risk assessment, multiple clinical safety studies, and two ophthalmological evaluations for safety and irritation. The testing exceeds the standards set by MoCRA and supports the safety of GrandeLASH-MD.

21.    The studies also support the efficacy of Grande's products.  In one 12-week consumer safety and efficacy study of GrandeLASH-MD, 94% of participants saw healthier looking lashes, 91% saw longer looking lashes, and 97% saw more visible lashes.

22.     Grande advertises and promotes its extensive consumer and safety-backed studies and the safety and efficacy of its products, including GrandeLASH-MD. In particular, Grande's website (grandecosmetics.com) includes certain text and artwork compilations authored and created by Grande highlighting Grande's MoCRA compliance, 11 safety studies, ophthalmologist testing, and the results of the 12-week consumer study (the "Grande Work").  Images of the Grande Work used on Grande's website and other advertisements is provided in the attached Exhibit A.

**B. ForChics Knowingly Makes False and Misleading Claims About Its Own Products and Grande's Products.**

23.    ForChics is a competing beauty brand also selling eyelash serums, brow serums, and mascara.

24.    ForChics' products are sold directly through its website (forchics.com) and on e-commerce platforms, including Amazon, Tik Tok Shop, Google, Facebook and on other platforms.

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

25.     ForChics promotes its "Content Creator Program" that "partners" with and pays content creators to promote ForChics on social media platforms and elsewhere.

26.     ForChics also creates numerous artificial intelligence (AI) videos to promote its brand and products.  The AI-generated "slop"—low-effort, high-volume videos—flood social media platforms such as TikTok with false and misleading information about ForChics' products and Grande's products.

27.     The content creators and AI videos routinely fail to disclose their connection to ForChics, all while claiming to provide objective reviews of ForChics products and other competing products. The failure by an endorser to disclose they are being compensated by a company selling the promoted product is a violation of the Federal Trade Commission's guidelines.

28.     ForChics' lash serum is made with a different formula containing different ingredients from GrandeLASH-MD.  ForChics' other competing products similarly have different formulas made with different ingredients than Grande's products.

29.     The numerous safety and efficacy studies completed by Grande on GrandeLASH-MD and its other products, therefore, are irrelevant to the safety and efficacy of ForChics' Eyelash Growth Serum that is made from an entirely different formula with different ingredients.  On information and belief, Grande alleges that ForChics has conducted *no independent testing* of its own lash serum or other products.

30.     ForChics' advertising and promotion of its products—including on its website and on social media platforms—deceives consumers, including by: (a) making false and misleading claims about the safety and efficacy of ForChics' products; (b) making false and misleading claims about the safety and efficacy of competing products, including Grande's products; and (c) making unsupported claims comparing the safety and efficacy of ForChics products to competitor products.  On

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

information and belief, Grande alleges ForChics has absolutely *no substantiation* for any of these claims, let alone the requisite level of proper substantiation required under California and federal law.

### 1. ForChics Falsely Claims Its Products Have Been Clinically Tested

31.    ForChics advertises and promotes its products on its webpage, as well as Tik Tok and other platforms, as having extensive consumer and safety-backed studies. These claims include that ForChics Lash Enhancing Serum has "11 safety studies + ophthalmologist tested," "backed by one of the largest independent cosmetic lash studies," and that it "complies with rigorous U.S. MoCra safety standards." ForChics also promotes the efficacy of its products, including that "94% of participants saw healthier looking lashes, 91% saw longer looking lashes, and 97% saw more visible lashes" based on a "12 week consumer study with 30 participants" using ForChics Eyelash Growth Serum. Images of ForChics' advertisements compared with the Grande Work is attached hereto to the Complaint as <u>Exhibit A</u>.

32.    All of these claims by ForChics are literally false and unsupported by *any* testing completed by ForChics on its eyelash serum. Instead, **<u>the statements are copied—nearly word for word—from Grande's web page and based on Grande's studies completed *on GrandeLASH-MD*</u>**. The formula for GrandeLASH-MD and ForChics Eyelash Growth Serum are not the same and are not made with the same ingredients. Grande's studies on GrandeLASH-MD, therefore, are irrelevant to ForChics' products and provide no evidence supporting their safety or efficacy.

33.    ForChics copied the Grande Work from Grande's webpage and claimed the studies completed on GrandeLASH-MD in an attempt to deceive and confuse consumers about the safety and efficacy of ForChics' products.

34.    ForChics, without license, authorization, or other approval of Grande, has utilized, reproduced, and published the original text and nearly identical images of the Grande Work in connection with its Eyelash Growth Serum (1) on its website at <forchics.com>; (2) on its social media platforms, including on TikTok, Instagram,

and Facebook; and (3) on its e-commerce platforms, including Amazon, TikTok Shop, and Shopify.

35.    ForChics is utilizing the text and strikingly similar images contained within the Grande Work to mislead consumers and to market its Eyelash Growth Serum in direct competition with Grande.

36.    Upon information and belief, ForChics has not conducted any third-party testing substantiating the statements regarding its Eyelash Growth Serum.

## 2.   ForChics Intentionally Makes False and Misleading Claims About Grande.

37.    ForChics' deception of consumers does not stop at its false and misleading claims about its own products.  ForChics also knowingly makes repeated false statements about Grande, including about the safety and efficacy of GrandeLASH-MD.

38.    ForChics knowingly compounds the economic and reputational damage to Grande by paying social media influencers and creating AI-generated "slop" to flood social media platforms such as TikTok with false and misleading information about ForChics' products and Grande's products.

39.    ForChics representatives claim they have "tested" GrandeLASH-MD, and it is ineffective, providing "zero growth" and rating the product a "0 out of 10" or similarly poor reviews.  The videos also attack the safety of GrandeLASH-MD despite ForChics having not conducted *any* studies on its own product or Grande's products.  The videos, without any substantiation, claim GrandeLASH-MD causes the user to suffer "chemical burns," "permanent discoloration," "causes fat loss around eye," causes iris color change, and makes users' eyes "super red" among other unsupported claims about the safety of GrandeLASH-MD.

40.    ForChics also impermissibly compares the safety and efficacy of its lash serum products to various other lash serums on the market, including GrandeLASH-MD.  ForChics falsely claims it has "tested" numerous lash serums, ranking each one.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

After providing critical commentary about the cost, efficacy, and/or safety of other lash serums, the paid-for or AI-generated content claims ForChics was the best tested lash serum.  On information and belief, Grande alleges ForChics never completed any study, let alone a study concluding ForChics' lash serum was superior to other products on the market. In fact, Grande's products are extensively tested for safety and do not cause any of the alleged harm.

### 3.  ForChics Refuses to Stop Making False Claims About Grande and Continues to Mislead Consumers About Its Own Products.

41.    On February 19, 2026 Grande, through its attorneys, sent ForChics a cease-and-desist letter demanding ForChics stop making false and misleading claims about Grande and GrandeLASH-MD, including on TikTok and other social media platforms.  On March 2, 2026, Grande, through its attorneys, sent ForChics another cease-and-desist letter demanding ForChics cease using the Grande Work and cease using Grande's safety and efficacy claims to make false statements about Defendant's Eyelash Growth Serum.

42.    As of the filing of this Complaint, ForChics has not responded to either of Grande's letters.

### FIRST CAUSE OF ACTION
### False Advertising in Violation of Section 43(a) of the Lanham Act
### (15 U.S.C. § 1125(a))

43.    Grande realleges and incorporates here by reference the allegations set forth above.

44.    Section 43(a) of the Lanham Act is designed to protect persons engaged in interstate commerce against unfair competition, including false and misleading advertising.

45.    As described above, Grande and ForChics are direct competitors for the same categories and types of products, including lash serums, brow serums, mascara, and other cosmetic products. Both Grande and ForChics sell these products on the

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

1    same U.S. e-commerce platforms, including Amazon, TikTok Shop, Google, and

2    Meta/Facebook.

3      46.    Grande and ForChics target and compete for the same customers using

4    these same U.S. online sales channels; specifically, customers shopping online for

5    lash serums to enhance eyelashes and eyebrows, as well as other cosmetic products.

6      47.    ForChics makes false statements about its own products on its webpage,

7    on social media platforms—including TikTok, Instagram, and Facebook—and on e-

8    commerce platforms. ForChics falsely claims its serum is "backed by one of the

9    largest independent cosmetic lash studies," "complies with U.S. MoCra safety

10    standards," "11+ safety studies + ophthalmologist tested," and that in a 12- week

11    study of users, "94% saw healthier looking lashes," "91% saw longer looking lashes"

12    and "97% saw more visible lashes." In fact, ForChics knows its products have none of

13    these product features.

14      48.    ForChics' statements are false, misleading, and intended to deceive

15    consumers into believing ForChics has thoroughly tested its lash serum for safety and

16    efficacy. In fact, the claims promoted by ForChics are the direct result of the extensive

17    third-party testing *Grande has completed on GrandeLASH-MD serum*. The claims

18    made by ForChics are just copied entirely, almost word for word, from Grande's web

19    page.  On information and belief, Grande alleges there are no studies substantiating

20    the statements made by ForChics regarding its lash serum, or of any studies

21    confirming that ForChics' serum is safe and/or effective when used as instructed.

22      49.    ForChics also makes false statements about Grande, including the safety

23    and efficacy of GrandeLASH-MD.  In numerous AI generated videos posted on the

24    TikTok platform, ForChics states that GrandeLASH-MD is dangerous to consumers,

25    including causing the user to suffer "chemical burns," "permanent discoloration, "fat

26    loss around eyes," "iris color change," and makes users' eyes "super red" among other

27    unsupported claims about the safety of GrandeLASH-MD.

28

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

50.     On information and belief, Grande alleges ForChics never conducted any study of GrandeLASH-MD, let alone any study reaching these results. Nor are the underlying AI generated videos based on any actual experiences of GrandeLASH-MD users.  In fact, Grande has extensively tested GrandeLASH-MD through world-class, third-party research facilities. These studies have confirmed the safety of GrandeLASH-MD and refuted the fabricated claims in the videos posted by ForChics.

51.     ForChics also makes false statements comparing the safety and efficacy of its lash serum product to GrandeLASH-MD without having conducted any studies whatsoever comparing the two products.  ForChics claims its testing concluded its lash serum causes superior lash enhancement compared to various other lash serums tested, including GrandeLASH-MD.

52.     ForChics' false and misleading statements—whether made about its own lash serum or Grande's products—are made with knowledge the statements are false and misleading.

53.     ForChics makes the false and misleading statements to damage the reputation of Grande and otherwise harm Grande and its brand. The improper statements are also knowingly made to enhance the sales and profits of ForChics lash serum and other cosmetic products.

54.     The false statements and deception are material and are influencing and likely to continue to influence consumers' purchasing decisions because the statements falsely claim that ForChics offers safer and more effective products than Grande without any substantiation for such claims.  The claims are deceiving consumers.

55.     ForChics is also falsely claiming its lash serum has been tested and providing entirely fabricated results of studies that were never conducted on its product.  These false statements have deceived and will continue to have the tendency to deceive a substantial segment of the consumers who view ForChics advertisements and the consumers in the market to purchase lash serums and other cosmetic products.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

56.    ForChics caused its false and misleading statements to enter interstate commerce because the statements were made and continue to be made on its web page accessible throughout the United States and on U.S. online e-commerce platforms, including Amazon, TikTok, Facebook and other platforms.

57.    ForChics' false statements were made in and constitute commercial advertising and promotion because the statements were widely and publicly disseminated on its web page and U.S. e-commerce platforms for the purpose of convincing consumers to purchase ForChics products.

58.    Grande has been and is likely to continue to be economically injured as a direct and proximate result of ForChics' false advertising.  Grande has suffered a loss of customers, a diversion of sales from Grande to ForChics, lost revenues and profits, and lost market share.  Grande would have otherwise earned the lost sales and market share but for ForChics' false advertising.  Indeed, losing sales because of false advertising is the paradigmatic direct injury caused by false advertising.

59.    Grande has also suffered damage to its reputation and goodwill associated with the well-established Grande brand and its products, as well Grande's standing in the industry, as a direct and proximate result of ForChics' false and deceptive advertising.

60.    ForChics' false advertising has deprived Grande of rightful business opportunities and revenue, giving Grande a concrete and particularized injury in fact that is traceable to ForChics' false advertising.

61.    ForChics' false advertising described in this Complaint violates and continues to violate Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

62.    Pursuant to 15 U.S.C. § 1117, Grande is entitled to all actual damages sustained by Grande as a direct and proximate result of ForChics' false advertising.

63.    ForChics' false advertising conduct described above was and is willful and deliberate deception.  ForChics made the false statements knowing the statements made about its own products and Grande's products were false and the statements

were made with the intention of deceiving consumers.  ForChics has improperly profited from its deliberate deception.  Accordingly, pursuant to 15 U.S.C. § 1117, Grande is entitled to treble damages.

64.     Pursuant to 15 U.S.C. § 1117, Grande also seeks disgorgement of ForChics' profits derived from its false advertising described above, as well as its costs.  Moreover, this case presents an "exceptional case" entitling Grande to an award of its attorneys' fees.

65.     ForChics has caused, and will continue to cause, immediate and irreparable harm to Grande, including injury to its business, reputation, and goodwill for which there is no adequate remedy at law.  As such, Grande is entitled to injunctive relief under 15 U.S.C. § 1116 restraining ForChics from falsely advertising its products on its web page, social media platforms, and on U.S. Online e-commerce platforms. Such prohibition includes false and misleading statements about (a) the superiority of ForChics lash serum and other products to GrandeLASH-MD and Grande's products; (b) falsely claiming ForChics has conducted clinical testing of its products and misstating that the test results of GrandeLASH-MD are applicable to ForChics Lash Enhancing Serum; (c) falsely alleging GrandeLASH-MD is unsafe and causes any serious harm or injury to users; and (d) any other false and misleading statements about Grande and its products.

**SECOND CAUSE OF ACTION**
**Violation of California's False Advertising Law**
**(Cal. Bus. & Prof. Code § 17500, *et. seq.*)**

66.     Grande realleges and incorporates here by reference the allegations set forth above.

67.     California's Business and Profession's Code § 17500, *et seq*. ("FAL") prohibits unfair, deceptive, untrue, or misleading advertising. Advertising is untrue or misleading if members of the public are likely to be deceived. The FAL prohibits

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

untrue or misleading advertising that is known, or which by the exercise of reasonable care would be known, to be untrue or misleading.

68.     Claims for violation of the FAL are substantially congruent to a claim under the Lanham Act where both claims are predicated on the same false statements.

69.     As described above, Grande and ForChics are direct competitors for the same categories and types of products, including lash serums, brow serums, mascara, and other cosmetic products.  Both Grande and ForChics sell these products on the same U.S. e-commerce platforms, including Amazon, TikTok Shop, and Meta/Facebook.

70.     Grande and ForChics target and compete for the same customers using these same U.S. online sales channels; specifically, customers shopping online for lash serums to enhance eyelashes and eyebrows, as well as other cosmetic products.

71.     ForChics makes false statements about its own products on its webpage, on social media platforms—including TikTok, Instagram, and Facebook—and on e-commerce platforms. ForChics falsely claims its serum is "backed by one of the largest independent cosmetic lash studies", "complies with U.S. MoCra safety standards", "11+ safety studies + ophthalmologist tested" and that in a 12- week study, "94% of saw healthier looking lashes", "91% saw longer looking lashes" and "97% saw more visible lashes." ForChics statements are false, misleading, and intended to deceive consumers into believing ForChics has thoroughly tested its serum for safety and efficacy. In fact, the claims promoted by ForChics are the direct result of the extensive third-party testing *Grande has completed on GrandeLASH-MD serum*.  These claims are just copied entirely, almost word for word, from Grande's web page.  On information and belief, Grande alleges there are no studies substantiating the statements made by ForChics regarding its lash serum, or of any studies confirming that ForChics' serum is safe and/or effective when used as instructed.

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

72.    ForChics also makes false statements about Grande, including the safety and efficacy of GrandeLASH-MD.  In numerous AI generated videos posted on the TikTok platform, ForChics states that GrandeLASH-MD is dangerous to consumer, including causing consumers "chemical burns," "permanent discoloration" "fat loss around eyes," "iris color change," and makes users' eyes "super red" among other unsupported claims about the safety of GrandeLASH-MD.

73.    On information and belief, ForChics never conducted any study of GrandeLASH, let alone any study reaching these results. Nor are the underlying AI generated videos based on any actual experiences of GrandeLASH-MD users.  In fact, Grande has extensively tested GrandeLASH-MD through world-class, third-party research facilities. These studies have confirmed the safety of GrandeLASH-MD and refuted the fabricated claims in the videos posted by ForChics.

74.    ForChics also makes false statements comparing the safety and efficacy of its lash serum product to GrandeLASH-MD without having conducted any studies whatsoever comparing the two products.  ForChics claims its testing concluded its lash serum results in superior lash enhancement to various other lash serums tested, including GrandeLASH-MD.

75.    ForChics' false and misleading statements—whether made about its own lash serum or Grande's products—are made with knowledge the statements are false and misleading.

76.    ForChics false and misleading statements have the tendency to deceive a reasonable consumer.

77.    The false statements and deception of ForChics are material and are influencing consumers' purchasing decisions because the statements falsely claim that ForChics offers safer and more effective products than Grande without any substantiation for such claims. The claims are deceiving consumers who rely on the false and misleading statements.

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

78.   ForChics is also falsely claiming its lash serum has been tested and providing entirely fabricated results of testing that was never conducted on its product. These false statements have deceived and will continue to have the tendency to deceive a substantial segment of the consumers who view ForChics advertisements and the consumers in the market to purchase lash serums and other cosmetic products.

79.   Grande has been and is likely to continue to be economically injured as a direct and proximate result of ForChics' false advertising.  Grande has suffered a loss of customers, a diversion of sales from Grande to ForChics, lost revenues and profits, and lost market share.  Grande would have otherwise earned the lost sales and market share but for ForChics' false advertising.

80.   Grande has also suffered damage to its reputation and goodwill associated with the well-established Grande brand and its products, as well Grande's standing in the industry, as a direct and proximate result of ForChics' false and deceptive advertising.

81.   ForChics' false advertising has deprived Grande of rightful business opportunities and revenue, giving Grande a concrete and particularized injury in fact that is traceable to ForChics' false advertising.

82.   Grande is entitled to restitution from ForChics.

83.   ForChics has caused, and will continue to cause, immediate and irreparable harm to Grande, including injury to its business, reputation, and goodwill for which there is no adequate remedy at law.  As such, Grande is entitled to injunctive relief restraining ForChics from falsely advertising its products on its web page, social media platforms, and on U.S. Online e-commerce platforms. Such prohibition includes false and misleading statements about (a) the superiority of ForChics lash serum and other products to GrandeLASH-MD and Grande's products; (b) falsely claiming ForChics has conducted clinical testing of its products and misstating that the test results of GrandeLASH-MD are applicable to ForChics Lash Enhancing Serum; (c) falsely alleging GrandeLASH-MD is unsafe and causes any

serious harm or injury to users; and (d) any other false and misleading statements about Grande and its products.

### THIRD CAUSE OF ACTION
**Violation of the California's Unfair Competition Law—Unlawful, Unfair and Fraudulent Conduct**
**(Cal. Bus. & Prof. Code § 17200, *et. seq*.)**

84.    Grande realleges and incorporates here by reference the allegations set forth above.

85.    California's Business & Professions Code, section 17200 *et seq*. ("UCL") prohibits any "unlawful, unfair or fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising.  Defendant's conduct is unlawful, unfair, and fraudulent under the UCL.

86.    Grande has standing to bring a UCL claim because it has suffered an injury in fact and has lost money because of the unfair competition alleged against ForChics. Grande has lost business and market share because of ForChics'—a direct competitor—unfair competition. Grande has lost sales, customers, profits and suffered a dilution of goodwill and reputation.

87.     As described above, Grande has been and is likely to continue to be economically injured as a direct and proximate result of ForChics' conduct in violation of the UCL.

88.    A business act or practice is "unlawful" under the UCL if it violates any other law or regulation.

89.    As a result of its conducted alleged in this Complaint, ForChics has violated the UCL's proscription against engaging in "unlawful" conduct by virtue of its violations of the Lanham Act, the FAL and the FTC's guidelines.

90.    A business act or practice is "unfair" under the UCL if the reasons, justifications, and motives of the alleged wrongdoer are outweighed by the gravity of the harm to the alleged victims.  The "unfair" prong of the UCL, therefore, prohibits false advertising.

91.   ForChics' conduct is injurious to Grande and consumers.  Deceiving consumers with false and misleading statements about GrandeLASH-MD and ForChics' Eyelash Serum provides no benefit to consumers.

92.   A business act or practice is "fraudulent" under the UCL if it is likely to deceive members of the consuming public.

93.   Defendant has violated the fraudulent prong of § 17200, because its material misrepresentations and omissions regarding lash serum and other products, as alleged herein, are likely to deceive reasonable members of the consuming public.

94.   There are reasonably available alternatives to further Defendant's legitimate business interests other than the misleading and deceptive conduct described in this Complaint.

95.   As a direct and proximate result of ForChics' unlawful, unfair, and fraudulent practices, Grande suffered and will continue to suffer actual damages. ForChics' conduct is ongoing and presents a continuing threat to Grande and consumers that they will be deceived.

96.   But for ForChics' unlawful, unfair, and fraudulent conduct, Grande would not have lost money and otherwise been damaged, including suffering a dilution of goodwill and reputation.

97.   As a result of its unlawful, unfair, and fraudulent conduct, ForChics has been unjustly enriched and should be required to disgorge its unjust profits and make restitution to Grande pursuant to Cal. Bus. & Prof. Code §§ 17203 and 17204.

98.   Accordingly, Grande seeks restitution from ForChics for all money obtained from Grande as a result of ForChics' conduct.

99.   ForChics has caused, and will continue to cause, immediate and irreparable harm to Grande, including injury to its business, reputation, and goodwill for which there is no adequate remedy at law.  As such, Grande seeks an injunction to prevent ForChics from continuing to engage in the deceptive and misleading practices

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

described herein.  Grande also seeks an award of costs and reasonable attorneys' fees pursuant to Cal. Code Civ. Proc. § 1021.5.

### FOURTH CAUSE OF ACTION
### Trade Libel

100.   Grande realleges and incorporates here by reference the allegations set forth above.

101.   ForChics harmed Grande by making false statements disparaging GrandeLASH-MD and other Grande products.

102.   The statements made by ForChics on various social media and e-commerce platforms about the safety and efficacy of Grande's products disparaging the quality of the products were untrue.

103.   ForChics knew the statements were untrue when they were made.

104.   ForChics made the untrue statements knowing that consumers and others would rely on the statements in making their purchasing decisions, thus financially harming Grande.

105.   Grande has suffered direct financial and reputational harm caused by ForChics' false and misleading statements about its products because consumers relied on the false statements.

106.   Grande also seeks economic damages for all lost profits and sales, as well as disgorgement of ForChics' profits derived from the sales attributed to its trade libel described above.  Grande also seeks injunctive relief to stop the publication of false and misleading statements about Grande on any platform. Further, because Defendant acted with malice, fraud, and oppression, Grande seeks punitive damages.

### FIFTH CAUSE OF ACTION
### Defamation

107.   Grande realleges and incorporates here by reference the allegations set forth above.

108.   ForChics knowingly and intentionally made false and misleading statements disparaging the quality of Grande products, including about the efficacy and safety of the products to consumers.

109.   The false and misleading statements were published on Tik Tok, other social media platforms, and e-commerce platforms.

110.   The false and misleading statements harmed Grande's goodwill and reputation with consumers and within the cosmetics industry.  The conduct has also cost Grande sales and profits from consumers that otherwise would have purchased Grande product but for the false statements made by ForChics.

111.   ForChics knowingly made the false and misleading statements about Grande with the intention of harming Grande and its reputation in an attempt to boost its own sales and profits.

112.   ForChics knew consumers would rely on the untrue statements in making their purchasing decisions, thus promoting ForChics sales and profits at the expense of Grande.

113.   Grande has suffered direct financial and reputational harm caused by ForChics' false and misleading statements about its products because consumers relied on the false statements.

114.   Grande seeks economic damages for all lost profits and sales, as well as disgorgement of ForChics' profits derived from the sales attributed to its defamatory statements described above.  Grande also seeks injunctive relief to stop the publication of false and misleading statements about Grande on any platform. Further, because Defendant acted with malice, fraud, and oppression, Grande seeks punitive damages.

**PRAYER FOR RELIEF**

WHEREFORE, Grande respectfully requests the Court to enter judgment against ForChics and in favor of Grande on each claim in the Complaint as follows:

A.      That ForChics be adjudged to have violated 15 U.S.C. § 1125(a) by unfairly competing against Grande by using false, deceptive or misleading statements of fact that misrepresent the nature, quality and characteristics of ForChics' products and Grande's products;

B.      Award Grande its actual damages caused by ForChics for false advertising, together with costs of this action;

C.      Find ForChics' false advertising to be willful;

D.      Treble Grande's actual damages caused by ForChics' false advertising;

E.      Disgorge ForChics' profits derived from its false advertising;

F.      Find this case to be exceptional under 15 U.S.C. § 1117 and award Grande its reasonable attorneys' fees;

G.      For temporary, preliminary and permanent injunctive relief enjoining and restraining ForChics (and its affiliated entities, employees, officers, directors, owners, shareholders, agents, representatives, and all other persons in active concert or participation with ForChics) from (i) falsely advertising its products, including the safety and efficacy of its products without the requisite substantiation for such claims; (ii) falsely advertising the superiority of ForChics lash serum and other products to GrandeLASH-MD and Grande's other products without the requisite testing and substantiation for any such claim; (iii) falsely claiming ForChics has conducted clinical testing of its products and misstating that the test results of GrandeLASH-MD are applicable to ForChics lash serum; (iv) falsely alleging GrandeLASH-MD is unsafe and causes any serious harm or injury to users; and (v) requiring ForChics, in accordance with 15 U.S.C. § 1116, to file with the Court and serve on Grande within thirty (30) days from the date of entry of any injunction, a report in writing, under oath, and setting forth in detail the manner and form in which ForChics has complied with the terms and conditions of the injunction;

H.      For an order requiring ForChics to correct any erroneous impression persons may have derived concerning the nature, characteristics, or qualities of

Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Grande's products, including without limitation, the placement of corrective advertising and providing written notice to the public;

I.    That ForChics be adjudged to have unfairly competed against Grande by engaging in false or misleading advertising under the laws of the State of California, Cal. Bus. & Prof. Code § 17500, *et seq.*;

J.    That ForChics be adjudged to have unlawfully and unfairly competed against Grande under the laws of the State of California, Cal. Bus. & Prof. Code § 17200, *et seq.*;

K.    That Grande be awarded damages and restitution sustained as a consequence of ForChics' conduct;

L.    Award Grande punitive damages because Defendant acted with malice, fraud and oppression, and with an intent to profit at the expense of Grande;

M.    Prejudgment and post-judgment interest to the extent permitted by law; and,

N.    Award Grande all damages, costs and attorneys' fees and such other and further relief as the Court may deem just and proper.

Dated: March 9, 2026

Respectfully submitted,
TROUTMAN PEPPER LOCKE LLP

By:    */s/ Daniel A. Solitro*

Daniel A. Solitro
*Attorneys for Plaintiff Grande Cosmetics, LLC*

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071

1

## <u>**DEMAND FOR JURY TRIAL**</u>

2          Pursuant to Federal Rule of Civil Procedure 38, Grande hereby demands a trial

3  by jury on all claims in its Complaint that are triable by a jury.

4

5

6  Dated: March 9, 2026                    Respectfully submitted,
                                           TROUTMAN PEPPER LOCKE LLP
7

8                                   By:   */s/ Daniel A. Solitro*
                                          Daniel A. Solitro
9                                         *Attorneys for Plaintiff Grande Cosmetics,*
                                          *LLC*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Troutman Pepper Locke LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

COMPLAINT